IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SANDERS M. CARTER
ADC #88350                                                          PLAINTIFF

v.                          No. 5:17-cv-179-DPM

WENDY KELLEY, Director, ADC;
GARY GRIFFIN, Deputy Director, ADC;
WILLIAM ROLLEFSON, Doctor, Cardiologist,
Arkansas Heart Clinic; and CHARLES J.
WATKINS, Doctor, Cardiovascular Surgeon,
Blandford Physicians Center                                         DEFENDANTS

## ORDER

Unopposed recommendation, № 4, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Carter's complaint will be dismissed without prejudice. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

31 August 2017